**Lester JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42168.**

Missouri Court of Appeals, Western District.

Jan. 30, 1990.

Lester Jackson, Moberly, pro se.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).